UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN REEVES,

        Plaintiff,

   v.

SUSAN KERR, KEREN HEAP,
UNKNOWN PARTIES and WARDEN OF
ROBINSON CORRECTIONAL CENTER,

        Defendants.

Case No. 14-cv-396-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 31) of Magistrate Judge Philip M. Frazier recommending that the Court grant the motion for sanctions filed by defendants Susan Kerr and Warden of Robinson Correctional Center (Doc. 29) and dismiss this case with prejudice as a discovery sanction.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation.  Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."  *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.  The Court has reviewed the entire file and finds that the Report is not clearly erroneous.  Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 31);
- **GRANTS** the defendants' motion for sanctions (Doc. 29);
- **DISMISSES** the remaining claims in this case with prejudice; and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: January 28, 2016**

                            s/ J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**